UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-00247-DMG<br>2:16-bk-16363-NB | Date | January 19, 2022 |

Title **In Re Lake Mathews Mineral Properties, LTD**

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff(s)           Attorneys Present for Defendant(s)
Not Present                                                Not Present

**Proceedings:   IN CHAMBERS – ORDER TO SHOW RE: DISMISSAL FOR LACK OF PROSECUTION**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

___   entered stamped copy of order, judgment, or decree,

___   statement of issues,

___   designation of record,

_X_   certification of interested parties, and

_X_   filing fee.

Appellant is Ordered to Show Cause no later than **February 4, 2022**, why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the missing required documents and fees to the Bankruptcy Court, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

IT IS SO ORDERED.