UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-00247-DMG<br>2:16-bk-16363-NB | Date | February 7, 2022 |
|---|---|---|---|

| Title | *In Re Lake Mathews Mineral Properties, LTD* |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:**  IN CHAMBERS – ORDER TO SHOW RE: DISMISSAL FOR LACK OF PROSECUTION

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

_X_    notice of transcript,

_X_    statement of issues,

_X_    designation of record,

___    certification of interested parties, and

___    filing fee.

Appellant is Ordered to Show Cause no later than **February 21, 2022**, why the appeal should not be dismissed for these deficiencies.  The Court may consider Appellant's filing of the missing required documents and fees to the Bankruptcy Court, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

IT IS SO ORDERED.